267 So.2d 212

Gerald D. NORRIS

v.

STATE of Louisiana et al.

No. 52878.

Oct. 19, 1972.

Application denied. The return of the District Attorney for the Parish of Orleans shows that he will endeavor to secure the return of Applicant to Louisiana for trial.

267 So.2d 212

STATE of Louisiana ex rel.
W. Heyward RESTER

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52879.

Oct. 19, 1972.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.